UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ENVIROSOLIDS,

       Plaintiff,                        CIVIL ACTION NO. 12-10596

       v.                              DISTRICT JUDGE LAWRENCE P. ZATKOFF

SJGK, LLC, et al.,                   MAGISTRATE JUDGE MARK A. RANDON

       Defendants.

_____/

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT SKYLINE AVIATION, INC.'S MOTION FOR A MORE DEFINITE STATEMENT (DKT. NO. 26)**

This matter is before the Court on Defendant Skyline Aviation, Inc.'s ("Skyline") motion for a more definite statement (Dkt. No. 26). The Court has reviewed the motion, the response filed by Plaintiff Envirosolids, LLC ("Envirosolids") (Dkt. No. 30) and the reply filed by Skyline (Dkt. No. 33). Being otherwise fully advised following oral argument, and for the reasons stated on the record;

**IT IS ORDERED** Skyline's motion for a more definite statement is **GRANTED IN PART AND DENIED IN PART**.

More specifically, Envirosolids shall not be required to file a new Complaint nor is Envirosolids required to post a surety bond.

However, **IT IS ORDERED** that Envirosolids maintain insurance on the oil that is the subject of this interpleader action.

**IT IS FURTHER ORDERED** that – if there is no agreement to sell the oil to a third-party within 21 days of the date of this order – Envirosolids must pay for testing to determine the *quantity* of the oil that is the subject of this interpleader action. Once such quantity testing is complete, Envirosolids must provide a copy of the results to every other party in this case.

If any party wishes to test the *quality* of the oil, then the party requesting the quality testing shall bear the cost of such testing.

**IT IS SO ORDERED**.

s/Mark A. Randon
Mark A. Randon
United States Magistrate Judge

Dated: January 9, 2013

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, January 9, 2013, electronically.*

*s/Melody R. Miles*
*Case Manager to Magistrate Judge Mark A. Randon*
*(313) 234-5542*